FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TOBY JAMES TRUJILLO, | ) |
|  Petitioner, | ) No. CV 08-765-SVW (RCF) |
| v. | ) JUDGMENT |
| D.L. RUNNELS, Warden, | ) |
|  Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted and the Petition is dismissed with prejudice.

DATED: 6/27/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE